## BINKS MANUFACTURING CO. *v.* RANSBURG ELECTRO-COATING CORP.

No. 501.   Argued May 3–4, 1961.—Decided May 8, 1961.

*W. Donald McSweeney* and *Charles F. Meroni* argued the cause for petitioner.   With them on the briefs were *Otto R. Krause* and *John B. Robinson, Jr.*

*Elbert R. Gilliom* argued the cause for respondent. With him on the briefs were *James P. Hume* and *Harry T. Ice.*

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* filed a brief for the United States, as *amicus curiae.*

PER CURIAM.

After hearing oral argument and fully examining the record, we conclude that the totality of circumstances as the record makes them manifest did not warrant bringing the case here.   Accordingly, the writ is dismissed.